[No. 29465-2-I. Division One. September 27, 1993.]

BLAKE L. HOLMES, ET AL, *Respondents*, v. CHERIE
GLAHN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-01797-2, Richard J. Thorpe, J., entered October 14, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 30685-5-I. Division One. September 27, 1993.]

RICHARD HALLMAN, *Respondent*, v. PACIFIC DIESEL BRAKE,
ET AL, *Defendants*, THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-06627-9, Larry E. McKeeman, J., entered April 27, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29466-1-I. Division One. September 27, 1993.]

RICHARD TURAY, *Appellant*, v. THE STATE
OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-10539-1, Ricardo S. Martinez, J., entered November 15, 1991. *Remanded with instructions* by unpublished per curiam opinion.

[No. 14531-6-II. Division Two. September 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM W.
ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00320-3, Gary W. Velie, J., entered November 20, 1990. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Morgan, J.